# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0174
LT Case No. 2020-CF-00304-A

_____

WILLIAM WILDER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Nassau County.
James Hunt Daniel, Judge.

Deana K. Marshall, of Law Office of Deana K. Marshall, P.A.,
Riverview, for Appellant.

No Appearance for Appellee.

August 13, 2024

PER CURIAM.

   AFFIRMED.

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____